UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| TYSON KEPLINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00410-JRS-MJD |
| | ) | |
| KAYLA MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |

To:   Frank D. Otte
      CLARK QUINN MOSES SCOTT & GRAHN LLP
      320 North Meridian Street, Suite 1100
      Indianapolis, IN 46204

**ORDER OF RECRUITMENT OF COUNSEL PURSUANT TO LOCAL RULE 87**

The Court hereby appoints Mr. Frank D. Otte to represent the plaintiff in the above action pursuant to Local Rule 87. This representation shall continue until final judgment is entered unless otherwise modified by written order.

This Entry serves as recruited counsel's appearance under Local Rule 83-7(a) on behalf of the plaintiff effective seven days from the date this order is docketed, unless relief from the appointment is granted. The seven days is tolled while any motion to withdraw is pending. Counsel should not file a separate Notice of Appearance.[1]

This Order is made pursuant to Local Rule 87 and the General Order regarding requests for prepayment or reimbursement of expenses for counsel appearing pursuant to Local Rule 87. Additional information on resources available to recruited counsel is available at

---

[1] Similarly, any attorneys who want to assist recruited counsel in this action may not file a Notice of Appearance and instead MUST file a Motion to Appoint Additional Recruited Counsel along with a proposed order. Both of which can be found on the court's website http://www.insd.uscourts.gov/pro-bono-opportunities.

http://www.insd.uscourts.gov/pro-bono-opportunities. If recruited counsel seeks the Court's assistance in obtaining professional liability insurance for this representation, they should contact the Court as soon possible at recruitedcounsel@insd.uscourts.gov.

**IT IS SO ORDERED.**

Date: 11/18/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TYSON KEPLINGER
128194
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
NEW CASTLE, IN 47362

Douglass R. Bitner
KATZ  KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Rachel D. Johnson
KATZ  KORIN CUNNINGHAM, P.C.
rjohnson@kkclegal.com

Frank D. Otte
CLARK QUINN MOSES SCOTT & GRAHN LLP
fotte@clarkquinnlaw.com